**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Criminal Action No. 10-cr-00542-REB-08

UNITED STATES OF AMERICA,

        Plaintiff,

vs.

JOSE LUIS ARROYO,

        Defendant.

**ORDER MODIFYING CONDITIONS OF SUPERVISED RELEASE**

        This matter is before the Court following a Revocation Hearing on July 10, 2014. The Court, having heard statements from the parties, hereby

        ORDERS that the defendant's supervised release is modified to include an additional explicit condition that:

        3.)The defendant reside in an approved halfway house for a term of **six (6) months**, commencing as soon as practicable and, while there, observing, without fail, all rules, regulations, policies, directives, orders, and contractual provision, if any, imposed by the halfway house.

        It is further ORDERED that the extant orders, including but not limited to the judgment of conviction and sentence of this court, are amended and supplemented to the extent necessary to facilitate and implement these orders.

        DATED at Denver, Colorado, this 17th day of July, 2014.

        BY THE COURT:

        *Bob Blackburn*
        Robert E. Blackburn
        United States District Judge